# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:15-cv-00081-MR-DLH

| | |
|---|---|
| **U.S. COMMODITY FUTURES TRADING COMMISSION,**<br><br>Plaintiff,<br><br>vs.<br><br>**OTC INVESTMENTS LLC, FOREX CURRENCY TRADING ADVISORS, LLC, AND BARRY C. TAYLOR,**<br><br>Defendants.<br>_____ | **ORDER CONTINUING STATUTORY RESTRAINING ORDER** |

**THIS MATTER** came before the Court for the return of the Statutory Restraining Order on May 1, 2015. Present for the hearing were counsel for the Plaintiff and the Defendant Barry C. Taylor.

At the hearing, Defendant Taylor advised the Court that he intends to retain counsel to represent him in this action. The parties therefore jointly requested that the Statutory Restraining Order be continued for a period of fourteen days so as to permit Defendant Taylor the opportunity to retain counsel.

For the reasons stated by the parties, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Statutory Restraining Order entered by the Court [Doc. 11] is **CONTINUED IN EFFECT** and shall expire at **11:59 p.m. on Friday, May 15, 2015**, unless before that time the Court, for good cause, extends it for a like period.

**IT IS FURTHER ORDERED** that this matter is scheduled for a return of the Statutory Restraining Order on **May 15, 2015 at 9:30 a.m.**

**IT IS SO ORDERED.**

Signed: May 1, 2015

Martin Reidinger
United States District Judge