# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:15-cv-00081-MR-DLH

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>OTC INVESTMENTS LLC, FOREX CURRENCY TRADING ADVISORS, LLC, and BARRY C. TAYLOR,<br><br>　　　　　Defendants. | **O R D E R** |

**THIS MATTER** came before the Court on May 15, 2015 for the return of the Statutory Restraining Order and for a hearing on the Plaintiff's Motion for Preliminary Injunction [Doc. 17]. Present for the hearing were JonMarc Buffa and Peter Haas, counsel for the Plaintiff, and Rodney Kight, bankruptcy counsel for the Defendant Barry C. Taylor. Defendant Taylor did not appear at the hearing. Defendants OTC Investments LLC and Forex Currency Trading Advisors LLC did not appeal personally or through counsel, despite having been served with process and notice of the hearing.

Upon review of the record and the argument of counsel, the Court enters the following Order.

**IT IS, THEREFORE, ORDERED** that:

(1) The Statutory Restraining Order entered by the Court [Doc. 11] is **CONTINUED IN EFFECT** as to the Defendant Barry C. Taylor and shall expire at **11:59 p.m. on Friday, May 29, 2015**, unless before that time the Court, for good cause, extends it for a like period;

(2) This matter is scheduled for a return of the Statutory Restraining Order as to the Defendant Barry C. Taylor on **May 29, 2015 at 9:30 a.m.;**

(3) The hearing on the Plaintiff's Motion for Preliminary Injunction as to the Defendant Barry C. Taylor is hereby **CONTINUED** to **May 29, 2015 at 9:30 a.m.**;

(4) The Plaintiff shall provide notice to the Bankruptcy Trustee of the May 29, 2015 hearing;

(5) The parties may submit briefing regarding the scope of the § 362 automatic stay on or before May 22, 2015. Such briefing shall

not exceed ten (10) pages and shall be double-spaced and in 14 point font; and

(6) The Plaintiff's Motion for Preliminary Injunction [Doc. 17] as to OTC Investments LLC and Forex Currency Trading Advisors, LLC is **GRANTED**. Pending the entry of a formal preliminary injunction order, the preliminary injunction shall impose the same terms as the Statutory Restraining Order as previously entered.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge