# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:15-cv-00081-MR-DLH

| | |
|---|---|
| **U.S. COMMODITY FUTURES TRADING COMMISSION,** <br><br> Plaintiff, <br><br> vs. <br><br> **OTC INVESTMENTS LLC, FOREX CURRENCY TRADE ADVISORS, LLC AND BARRY C. TAYLOR,** <br><br> Defendants. | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiff's Motion to Compel the Deposition of Barry C. Taylor [Doc. 25].

The Plaintiff moves the Court to compel the Defendant Barry C. Taylor to appear for a deposition. At the preliminary injunction hearing on May 29, 2015, Defendant Taylor advised that he does not oppose the taking of his deposition. In light of the Defendant's assent thereto, the Plaintiff's motion to compel is granted.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion to Compel [Doc. 25] is **GRANTED**, and the Defendant Barry C. Taylor shall sit for a deposition by counsel for the Plaintiff within forty-five (45) days of the entry of this Order.

**IT IS SO ORDERED.**

Signed: June 6, 2015

Martin Reidinger
United States District Judge