# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:15-cv-00081-MR-DLH

| | |
|---|---|
| **U.S. COMMODITY FUTURES TRADING COMMISSION,**<br><br>Plaintiff,<br><br>vs.<br><br>**OTC INVESTMENTS LLC, FOREX CURRENCY TRADING ADVISORS, LLC, and BARRY C. TAYLOR,**<br><br>Defendants. | **O R D E R** |

**THIS MATTER** is before the Court on the parties' Joint Motion to Extend the Current Stay of Discovery for Ninety Days [Doc. 42].

The Plaintiff U.S. Commodity Futures Trading Commission ("Commission") and the Defendant Barry C. Taylor, proceeding *pro se*, jointly request an extension of the limited stay of discovery proceedings in this case in light of an ongoing criminal investigation of the Defendant by the Federal Bureau of Investigation with respect to matters which are the subject of the present civil enforcement action. [Doc. 42].

For the reasons stated in the parties' motion, and for cause shown, the Court will allow an extension of the limited stay of discovery.

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion to Extend the Current Stay of Discovery for Ninety Days [Doc. 42 is **GRANTED**, and discovery in this matter shall be stayed for an additional period of 90 days from the entry of this Order. The Commission shall be allowed to issue third party subpoenas to financial institutions during this 90-day period.

**IT IS FURTHER ORDERED** that the Court shall enter a Pretrial Order and Case Management Plan upon the expiration of the limited stay of discovery.

**IT IS SO ORDERED.**

Signed: November 2, 2015

Martin Reidinger
United States District Judge