# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:15-cv-00081-MR-DLH

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>OTC INVESTMENTS LLC, FOREX CURRENCY TRADE ADVISORS, LLC AND BARRY C. TAYLOR,<br><br>Defendants. | ORDER |

**THIS MATTER** is before the Court on the parties' Joint Motion to Extend the Current Stay of Discovery for an Additional Ninety Days [Doc. 44].

The Plaintiff U.S. Commodity Futures Trading Commission ("Commission") and Defendant Barry C. Taylor ("Taylor"), proceeding *pro se*, jointly request an additional extension of the limited stay of discovery proceedings in this case, in light of the guilty plea recently entered by Defendant Taylor in a parallel criminal case now pending before this Court [Criminal Case No. 1:16-cr-00002-MR-DLH-1]. The Commission suggests,

and Defendant Taylor agrees, that the most efficient way to proceed at this juncture would be for the Court to grant an additional limited stay of discovery to allow the parties to focus their efforts on exploring whether a negotiated resolution of the underlying case can be reached on terms agreed to by Defendant Taylor, and on terms that the Division of Enforcement would favorably recommend to the Commission for approval.

For the reasons stated in the parties' motion, and for good cause shown, the Court will allow an additional extension of the limited stay of discovery.

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion to Extend the Current Stay of Discovery for Ninety Days [Doc. 44] is **GRANTED,** and discovery in this matter shall be stayed for an additional period of 90 days from the entry of this Order. The Commission shall be allowed to issue third party subpoenas to financial institutions during this 90-day period.

**IT IS FURTHER ORDERED** that the Court shall enter a Pretrial Order and Case Management Plan upon the expiration of the limited stay of discovery.

**IT IS SO ORDERED.**

Signed: February 4, 2016

Martin Reidinger
United States District Judge