**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:15-cv-00081-MR-DLH**

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION,<br><br>        Plaintiff,<br><br>vs.<br><br>OTC INVESTMENTS LLC, FOREX CURRENCY TRADE ADVISORS, LLC AND BARRY C. TAYLOR,<br><br>        Defendants. | ORDER |

**THIS MATTER** is before the Court on the parties' Joint Motion to Extend the Current Stay of Discovery for Ninety Days [Doc. 46].

The Plaintiff U.S. Commodity Futures Trading Commission ("Commission") and Defendant Barry C. Taylor ("Taylor"), proceeding *pro se*, jointly request an additional extension of the limited stay of discovery proceedings in this case, in light of the guilty plea recently entered by Defendant Taylor in a parallel criminal case now pending before this Court [Criminal Case No. 1:16-cr-00002-MR-DLH-1]. For the reasons stated in the

parties' motion, and for good cause shown, the Court will allow an additional extension of the limited stay of discovery.

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion [Doc. 46] is **GRANTED,** and discovery in this matter shall be stayed for an additional period of 90 days from the entry of this Order. The Commission shall be allowed to issue third party subpoenas to financial institutions during this 90-day period.

**IT IS FURTHER ORDERED** that the Court shall enter a Pretrial Order and Case Management Plan upon the expiration of the limited stay of discovery.

Signed: May 3, 2016

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge