# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| US COMMODITY FUTURES TRADING COMMISSION, | ) ) ) | JUDGMENT IN CASE |
| Plaintiff, | ) ) | 1:15-cv-00081-MR |
| vs. | ) ) | |
| OTC INVESTMENTS LLC, FOREX CURRENCY TRADE ADVISORS, LLC, and BARRY C. TAYLOR, | ) ) ) ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 19, 2018 Orders ( Doc. Nos. 67 and 68).

January 19, 2018

Frank G. Johns, Clerk
United States District Court